Case 21-10573-TPA    Doc 38    Filed 12/24/21    Entered 12/25/21 00:29:20    Desc Imaged
                     Certificate of Notice    Page 1 of 4

FILED
12/22/21 8:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

KELLY A. WINTERS : Case No. 21-10573-TPA
    *Debtor* : Chapter 13
 :
 : Hearing: January 6, 2022 at 10:30 A.M.

## ORDER TO SHOW CAUSE

On October 15, 2021, an Order was issued granting the **Application to Pay Filing Fee in Installments** filed by the Debtor at Doc. No. 3 with the first installment payment due by November 12, 2021. On November 17, 2021, an Order Dismissing Case was issued at Doc. No. 23 for failure to pay the first installment payment. On November 17, 2021, an installment fee of $78.25 was paid and a Motion to Vacate Order Dismissing Case was filed by the Debtor. An Order granting the Motion was issued on November 22, 2021 at Doc. No. 32. The second installment payment was due by December 13, 2021, which has not been paid.

*AND NOW*, this **21st** day of **December, 2021**, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) An **Order to Show Cause** is issued against **Michael Alan Siddons, Esq.,** Counsel for the Debtor, and the Debtor, **Kelly A. Winters,** to *personally* appear at a hearing to show cause why the pending Bankruptcy case should not be dismissed, with prejudice, resulting in a two-year bar to refiling and/or other relief being entered, scheduled for **January 6, 2022** at **10:30 A.M.** by the **Zoom Video Conference Application**. The Parties must comply with Judge Agresti's **Amended Notice of Temporary Modification of Appearance Procedures**, dated and effective

1

November 22, 2021, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(2)    ***Initializing Zoom Hearing***: To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Chambers at 814-464-9760.

(3)    The Court takes note that Attorney Michael Alan Siddons is Counsel for Debtors In re: Steven Jeffery Griffith, Case No. 21-10546-TPA, and, In re: Charles Edward Inman, Case No. 21-10566-TPA and has also requested the filing fee be paid in installments. Since no payments were made in either case they have recently been dismissed due to non-payment of the filing fees.

                                                           Thomas P. Agresti, Judge  jlm
                                                           United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Michael Alan Siddons, Esq.
    Ronda J. Winnecour, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10573-TPA |
| Kelly A. Winters | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: aala | Page 1 of 2 |
| Date Rcvd: Dec 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kelly A. Winters, 124 Witherow St, Punxsutawney, PA 15767-8264 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 24, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Michael Alan Siddons | on behalf of Debtor Kelly A. Winters msiddons@siddonslaw.com casedriverecfg@gmail.com;casedriverecf@casedriver.com;3295273420@filings.docketbird.com;ecf@casedriver.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

District/off: 0315-1    User: aala    Page 2 of 2
Date Rcvd: Dec 22, 2021    Form ID: pdf900    Total Noticed: 1
TOTAL: 5