**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 21-10573-TPA |
| Kelly A. Winters | : | Chapter: 13 |
| *Debtor(s).* | : | |
| | : | Date: 1/6/2022 |
| | : | Time: 10:30 |

### PROCEEDING MEMO

**MATTER**    #36 OTSC for failure to pay installment fee
             *(Debtor to personally appear)*

**APPEARANCES:**
   Debtor: Michael Alan Siddons
   Trustee: Ronda J. Winnecour

**NOTES:**

Siddons:    Described his practice across 4 states.

Winnecour:  341 meeting has not occurred yet. Debtor has not missed a payment. Mr. Siddons contacted my office this morning about putting the filing fee in the plan.

**OUTCOME:**    OTSC is Vacated. Text Order to be issued.

jlm