Case 21-10573-TPA    Doc 48    Filed 02/18/22    Entered 02/19/22 00:28:02    Desc Imaged
Certificate of Notice    Page 1 of 4

FILED
2/16/22 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

KELLY A. WINTERS
    *Debtor*

: Case No.   21-10573-TPA
: Chapter 13
: Related to Document No. 46
:
: Hearing: March 9, 2022 at 10:30 A.M.

### ORDER TO SHOW CAUSE

On January 25, 2022, the 341 Meeting of Creditors was held in the above-captioned case. The Chapter 13 Trustee issued a virtual entry at Doc. No. 46 stating an Amended Plan was to be filed by February 10, 2022. Counsel has failed to comply with the virtual entry and timely file an Amended Plan.

*AND NOW*, this *15th* day of *February, 2022*, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) An ***Order to Show Cause*** is issued against ***Michael Alan Siddons, Esq.***, Counsel for the Debtor, to ***personally*** appear at a hearing scheduled on ***March 9, 2022*** at ***10:30 A.M.*** to show cause why monetary sanctions should not be imposed or the case dismissed for Counsels' failure to timely file the Amended Plan.

(2) The hearing will be held by the ***Zoom Video Conference Application***. The Parties must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective November 22, 2021, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(3)  *Initializing Zoom Hearing*: To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff at 814-464-9760.

(4)  If, *on or before February 22, 2022,* Counsel files an Amended Plan, the hearing scheduled above *may* be cancelled and the Order to Show Cause vacated.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Michael Alan Siddons, Esq.
    Ronda J. Winnecour, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10573-TPA |
| Kelly A. Winters | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

**Recip ID        Recipient Name and Address**
db            + Kelly A. Winters, 124 Witherow St, Punxsutawney, PA 15767-8264

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:**

**Name                Email Address**

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XII bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Fay Servicing  LLC bnicholas@kmllawgroup.com

Emmanuel J. Argentieri
    on behalf of Creditor U.S. Bank  National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com

Michael Alan Siddons
    on behalf of Debtor Kelly A. Winters msiddons@siddonslaw.com
    casedriverecfg@gmail.com;casedriverecf@casedriver.com;3295273420@filings.docketbird.com;ecf@casedriver.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Feb 16, 2022 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com
 PNGbankruptcy@peoples-gas.com

TOTAL: 7