IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Kelly A. Winters | : | Bankruptcy No. 21-10573-TPA |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Related to Document No. 49 |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | 3/8/2022 at 1:00PM |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

**CERTIFICATE OF SERVICE OF (Specify Document Served)**
Amended Chapter 13 Plan

  I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __2/22/2022__.

  The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __US Mail__.

  If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __2/22/2022__

By: /s/ Michael A. Siddons
Signature
Michael A. Siddons
Typed Name
230 Monroe Street, Media, PA  19063
Address
610-255-7500
Phone No.

List Bar I.D. and State of Admission

```
Label Matrix for local noticing          Aaron’s                                   Emmanuel J. Argentieri
0315-1                                   400 Galleria Pkwy SE, Suite 300           Romano Garubo & Argentieri
Case 21-10573-TPA                        Atlanta, GA 30339-3182                    52 Newton Avenue
WESTERN DISTRICT OF PENNSYLVANIA                                                   PO Box 456
Erie                                                                               Woodbury, NJ 08096-7456
Tue Feb 22 21:18:53 EST 2022

Arthur L. Winters                        CACH, LLC                                 Consumer Portfolio Services, Inc.
124 Witherow St                          Resurgent Capital Services                Attn: Bankruptcy
Punxsutawney, PA 15767-8264              PO Box 10587                              Po Box 57071
                                         Greenville, SC 29603-0587                 Irvine, CA 92619-7071


Fay Servicing Llc                        First Federal Credit & Collections        Brian Nicholas
Attn: Bankruptcy Dept                    Attn: Bankruptcy                          KML Law Group, P.C.
Po Box 809441                            Po Box 813787                             701 Market Street
Chicago, IL 60680-9441                   Hollywood, FL 33081-3787                  Suite 5000
                                                                                   Philadelphia, PA 19106-1541


Office of the United States Trustee      Pennsylvania Department of Revenue        Pennsylvania Dept. of Revenue
Liberty Center.                          Bankruptcy Division                       Department 280946
1001 Liberty Avenue, Suite 970           P.O. Box 280946                           P.O. Box 280946
Pittsburgh, PA 15222-3721                Harrisburg, PA 17128-0946                 ATTN: BANKRUPTCY DIVISION
                                                                                   Harrisburg, PA 17128-0946


Peoples Gas Company LLC                  Peoples Gas Company LLC f/k/a Peoples TWP (p)RECEIVABLE MANAGEMENT GROUP
f/k/a Peoples TWP                        GRB Law                                   ATTN BANKRUPTCY
c/o GRB Law                              Frick Building                            2901 UNIVERSITY AVE STE #29
Frick Bldg., 14th Floor, 437 Grant St.   437 Grant Street, 14th Floor              COLUMBUS GA 31907-7601
Pittsburgh, PA 15219-6002                Pittsburgh, PA 15219-6101


Rushmore Loan Mgmt Srvc                  Santander Consumer USA                    Santander Consumer USA Inc.
Attn: Bankruptcy                         Attn: Bankruptcy                          P.O. Box 560284
Po Box 55004                             Po Box 961245                             Dallas, TX 75356-0284
Irvine, CA 92619-5004                    Fort Worth, TX 76161-0244


Michael Alan Siddons                     U.S. Bank National Association            U.S. Bank National Association, not in its i
Siddons Law Office                       Fay Servicing, LLC                        c/o McCalla Raymer Leibert Pierce, LLC
230 N Monroe                             PO Box 814609                             Bankruptcy Department
PO Box 403                               Dallas, TX 75381-4609                     1544 Old Alabama Road
Media, PA 19063-0403                                                               Roswell, GA 30076-2102


UPMC HEALTH SERVICES                     UPMC PHYSICIAN SERVICES                   US Bank, NA as Legal Title Trustee for
PO BOX 1123                              PO BOX 1123                               Truman 2016 SC6 Title Trust
MINNEAPOLIS, MN 55440-1123               MINNEAPOLIS, MN 55440-1123                c/o Rushmore Loan Management Services
                                                                                   P.O. Box 52708
                                                                                   Irvine, CA 92619-2708


S. James Wallace                         Ronda J. Winnecour                        Kelly A. Winters
GRB Law                                  Suite 3250, USX Tower                     124 Witherow St
525 William Penn Place                   600 Grant Street                          Punxsutawney, PA 15767-8264
Suite 3110                               Pittsburgh, PA 15219-2702
Pittsburgh, PA 15219-1753
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Receivables Management Group
Attn: Bankruptcy
2901 University Ave. Suite #29
Columbus, GA 31917

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Fay Servicing, LLC

(d)U.S. Bank National Association, not in its
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

(u)U.S. Bank, National Association as Legal T

(u)Wilmington Savings Fund Society, FSB not i

End of Label Matrix
Mailable recipients    26
Bypassed recipients     4
Total                  30