IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>KELLY A. WINTERS<br>          Debtor<br>PEOPLES GAS COMPANY LLC, F/K/A<br>PEOPLES TWP LLC<br>          Movant,<br>vs.<br><br>KELLY A. WINTERS, and RONDA J.<br>WINNECOUR, ESQUIRE, Trustee<br>          Respondents. | ) Bankruptcy Case No. 21-10573-TPA<br>)<br>) Related to Docket Nos. 51 & 52<br>) Chapter 13<br>)<br>) Hearing Date: 4/6/22<br>) Hearing Time: 10:00 AM<br>)<br>)<br>) |

## CONSENT ORDER OF COURT

AND NOW, to wit this _____ day of _____, 2022, come the parties, by and through their respective counsel and stipulate and consent to the entry of this Order of Court:

       1.    The Court finds that the Debtor has fallen behind on her post petition gas bill since filing the instant case.

       2.    A Motion for Allowance of Administrative claim has been filed.  In this case, the Debtor has subsequently brought the account current.

       3.    The instant Motion shall be dismissed without prejudice, since the debtor has cured the delinquency this time.

       4.    The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then the post petition gas account must be included in the Chapter 13 Plan without further controversy or opposition.   There will be no exceptions.

BY THE COURT:

_____ J.

Consented to by:

| | |
|---|---|
| /s/ Michael Alan Siddons<br>Michael Alan Siddons, Esquire<br>Attorney for Debtor<br>Pa. I.D. No. 89018<br>230 N. Monroe, P.O. Box 403<br>Media, PA 19063<br>610-255-7500<br>msiddons@siddonslaw.com | /s/ Jeffrey R. Hunt<br>Jeffrey R. Hunt, Esquire<br>Atty for Peoples Gas Company, LLC<br>Pa. I.D. No. 90342<br>GRB Law<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219<br>412-281-0587<br>jhunt@grblaw.com |