FILED
3/8/22 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

IN RE:
KELLY A. WINTERS
                Debtor
PEOPLES GAS COMPANY LLC, F/K/A
PEOPLES TWP LLC
                Movant,

     vs.

KELLY A. WINTERS, and RONDA J.
WINNECOUR, ESQUIRE, Trustee
             Respondents.

) Bankruptcy Case No. 21-10573-TPA
)
) Related to Docket Nos. 51 & 54
) Chapter 13
)
) Hearing Date: 4/6/22
) Hearing Time: 10:00 AM
)
)
)

CONSENT ORDER OF COURT

      AND NOW, to wit this __8th__ day of __March__, 2022, come the parties, by and
through their respective counsel and stipulate and consent to the entry of this Order of Court:

      1.     The Court finds that the Debtor has fallen behind on her post petition
gas bill since filing the instant case.

      2.     A Motion for Allowance of Administrative claim has been filed.  In this
case, the Debtor has subsequently brought the account current.

      3.     The instant Motion shall be dismissed without prejudice, since the debtor has
cured the delinquency this time.

      4.     The Debtor and the Debtor's counsel agree that if it becomes necessary to
file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then
the post petition gas account must be included in the Chapter 13 Plan without further controversy or
opposition.  There will be no exceptions.

                        BY THE COURT:

                                            jlm

Consented to by:

/s/ Michael Alan Siddons
Michael Alan Siddons, Esquire
Attorney for Debtor
Pa. I.D. No. 89018
230 N. Monroe, P.O. Box 403
Media, PA 19063
610-255-7500
msiddons@siddonslaw.com

/s/ Jeffrey R. Hunt_
Jeffrey R. Hunt, Esquire
Atty for Peoples Gas Company, LLC
Pa. I.D. No. 90342
GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219
412-281-0587
jhunt@grblaw.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 21-10573-TPA

Kelly A. Winters                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                                  Page 1 of 2

Date Rcvd: Mar 08, 2022                       Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2022:**

**Recip ID**     **Recipient Name and Address**
db     + Kelly A. Winters, 124 Witherow St, Punxsutawney, PA 15767-8264

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2022                       Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Fay Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XII bnicholas@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank  National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Michael Alan Siddons | on behalf of Debtor Kelly A. Winters msiddons@siddonslaw.com casedriverecfg@gmail.com;casedriverecf@casedriver.com;3295273420@filings.docketbird.com;ecf@casedriver.com |

District/off: 0315-1                          User: auto                                    Page 2 of 2

Date Rcvd: Mar 08, 2022                       Form ID: pdf900                               Total Noticed: 1

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

S. James Wallace
                        on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com
                        PNGbankruptcy@peoples-gas.com


TOTAL: 8