FILED
3/17/22 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

KELLY A. WINTERS  : Case No. 21-10573-TPA
*Debtor* : Chapter 13
 : Related to Doc. Nos. 49, 55

### ORDER

On March 8, 2022, the Conciliation Conference was held on the Debtor's Amended Plan dated February 22, 2022, and as a result, on or before March 11, 2022, Debtor's Counsel was required to upload the Proposed Confirmation Order to the docket, per the entry at Doc. No. 55. Debtor's Counsel has failed to timely comply with Judge Agresti's Chapter 13 Electronic Confirmation Order Procedure effective August 15, 2021 and procedures outlined in the eCOP Best Practices Guide, specifically at Paragraph (6). Therefore,

*AND NOW*, this **17th** day of ***March, 2022***, for the foregoing reasons, it is hereby **ORDERED, ADJUDGED and DECREED** that ***a mandatory fine of $150*** is imposed against **Atty. Michael A. Siddons**, to be ***immediately*** paid. ***Furthermore***, Counsel is directed to ***immediately*** upload the agreed upon proposed Confirmation Order. Failure to immediately comply herewith will result in the issuance of an Order to Show Cause against Counsel at which additional sanctions may be imposed including a further monetary fine or dismissal of the case.

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

Case Administrator to serve:
    Debtor
    Michael Siddons, Esq.
    Ronda Winnecour, Ch. 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10573-TPA |
| Kelly A. Winters | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 17, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kelly A. Winters, 124 Witherow St, Punxsutawney, PA 15767-8264 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Fay Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XII bnicholas@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank  National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Michael Alan Siddons | on behalf of Debtor Kelly A. Winters msiddons@siddonslaw.com casedriverecfg@gmail.com;casedriverecf@casedriver.com;3295273420@filings.docketbird.com;ecf@casedriver.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 17, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com
    PNGbankruptcy@peoples-gas.com

TOTAL: 8