IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-10573-TPA |
| Kelly A. Winters ) | |
| ) | |
| ) | Chapter 13 |
| Debtor(s) ) | Document No. _____ |
| ) | Related to Doc. No. 67 & 70 |

<u>CONSENT ORDER MODIFYING MAY 6, 2022 CONFIRMATION ORDER</u>

AND NOW, this _____ day of _____, 2022, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated May 6, 2022 it is

ORDERED that Part "A." be amended to add the following: The claim of US Bank NA (Claim #7-2) shall govern as a long-term continuing debt. It is further

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The May 6, 2022 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Michael A. Siddons
Michael A. Siddons, Esquire (PA I.D. #6237079)
Attorney for Debtor
Siddons Law Office
230 N. Monroe Street – Ste. A
Media, PA  19063
610-255-7500
msiddons@siddonslaw.com

/s/ Brian C. Nicholas
Brian C. Nicholas, Esquire (PA I.D. #317240)
Attorney for U.S. Bank NA
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106
609-250-0700
BNicholas@kmllawgroup.com