**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KELLY A. WINTERS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:21-10573<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/13/2021 and confirmed on 05/06/2022 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 35,601.64 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,596.64 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,413.30 | |
|    Trustee Fee | 1,445.90 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,859.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   US BANK NA - TRUSTEE NRZ PASS-THRU<br>    Acct: 9627 | 0.00 | 7,310.29 | 0.00 | 7,310.29 |
|   US BANK NA - LEGAL TITLE TRUSTEE FOI<br>    Acct: 8413 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK NA - TRUSTEE NRZ PASS-THRU<br>    Acct: 9627 | 636.20 | 0.00 | 0.00 | 0.00 |
|   JEFFERSON CAPITAL SYSTEMS LLC*<br>    Acct: 0538 | 10,105.07 | 2,289.83 | 3,071.05 | 5,360.88 |
|   SANTANDER CONSUMER USA<br>    Acct: 1913 | 19,391.60 | 2,694.12 | 6,004.61 | 8,698.73 |
|   US BANK NA - LEGAL TITLE TRUSTEE FOI<br>    Acct: | 42,420.91 | 3,137.21 | 7,955.39 | 11,092.60 |
| | | | | 32,462.50 |
| Priority | | | | |
|   MICHAEL A SIDDONS ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KELLY A. WINTERS<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 21-10573 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| KELLY A. WINTERS | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL A SIDDONS ESQ** | 2,000.00 | 1,413.30 | 0.00 | 0.00 |
| Acct: | | | | |
| AARONS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 274.94 | 0.00 | 274.94 |
| Acct: 9783 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX-TPA | | | | |
| US BANK NA - LEGAL TITLE TRUSTEE FOI | 465.49 | 0.00 | 0.00 | 0.00 |
| Acct: 8413 | | | | |
| | | | | 274.94 |
| **Unsecured** | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5153 | | | | |
| UPMC HEALTH SERVICES | 280.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8419 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 2,938.27 | 0.00 | 0.00 | 0.00 |
| Acct: 1816 | | | | |
| CACH LLC | 10,521.69 | 0.00 | 0.00 | 0.00 |
| Acct: 3657 | | | | |
| UPMC PHYSICIAN SERVICES | 747.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8419 | | | | |
| ARTHUR WINTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EMMANUEL ARGENTIERI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | | | 32,737.44 |
|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY              465.49
SECURED             72,553.78
UNSECURED           14.486.96

Date: 11/02/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com